

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2022

No. 04-22-00326-CV

Zulema J. **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, II, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

On December 22, 2022, appellant filed her brief stating portions of the reporter's record were missing. Under Texas Rules of Appellate Procedure 34.6(d), "the appellate court . . . may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items." *See* TEX. R. APP. P. 34.6(d). We therefore ordered the court reporter to file a supplemental reporter's record containing any previously omitted items by January 27, 2023. We further advised the court reporter to file a response stating the reporter's record was complete if she believed it was complete.

On December 29, 2022, the court reporter filed a response stating she has filed all portions of the reporter's record formally requested by appellant. She further informed this court appellant has not specified what items of the reporter's record are missing. Under Texas Rule of Appellate Procedure 34.6(b), an appellant must request in writing the court reporter to prepare the reporter's record and "must also designate the portions of the proceedings to be included." *See id.* R. 34.(b). Accordingly, if appellant believes the reporter's record is incomplete, we **order** appellant to file a response, **by January 9, 2023**, specifically identifying what portions of the reporter's record are missing. Appellant's response must also include a copy of her written request to the court reporter specifically designating the missing portions of the proceedings. The supplemental reporter's record, if any, will be due thirty days after appellant files her response. If appellant fails to respond to this order by the date ordered, this court will deem the reporter's record complete.

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court